UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| MICHELE PERKINS, Personal Representative of the Estate of Guy Perkins,<br><br>       Plaintiff,<br><br>   v.<br><br>UNITED STATES AVIATION UNDERWRITERS INC., d/b/a UNITED STATES AIRCRAFT INSURANCE GROUP,<br><br>       Defendant. | Civil No. 04-172-B-W |

**ORDER AFFIRMING THE**
**RECOMMENDED DECISION OF THE MAGISTRATE JUDGE**

The United States Magistrate Judge filed with the Court on August 5, 2005 her Recommended Decision. The Plaintiff filed her objections to the Recommended Decision on August 18, 2005 and the Defendant filed its response to those objections on September 19, 2005. I have reviewed and considered the Magistrate Judge's Recommended Decision, together with the entire record; I have made a _de novo_ determination of all matters adjudicated by the Magistrate Judge's Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in his Recommended Decision, and determine that no further proceeding is necessary.

1. It is therefore <u>ORDERED</u> that the Recommended Decision of the Magistrate Judge is hereby <u>AFFIRMED</u>.

2. It is further <u>ORDERED</u> that the Plaintiff's Motion for Summary Judgment (Docket No. 13) be and hereby is <u>GRANTED IN PART</u> by <u>DISMISSING</u> the Defendant's Counterclaim.

```
                          /s/ John A. Woodcock, Jr.
                          JOHN A. WOODCOCK, JR.
                          UNITED STATES DISTRICT JUDGE
```

Dated this 13th day of October, 2005